THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

_____

IN RE:  DONALD TERRELL                    CHAPTER 13

        Debtor                    CASE NO. 10-61248-RBC-13

_____

### MOTION TO CONVERT CASE TO CHAPTER 7

        Comes now the Debtor, Donald Terrell, by counsel, and advises the Court that, pursuant to Code section 1307(a), he is hereby converting his bankruptcy case to a case under Chapter 7 of the Bankruptcy Code.

        Respectfully submitted,

        Donald Terrell
        By Counsel


/s/ Robert S. Stevens

_____
Robert S. Stevens, Esq.
501 Grove Avenue
Charlottesville VA  22902
(434) 973-5012;  fax # 270-596-3752
        Counsel for Debtor

Dated:  January 9, 2014